FREDERICK SCHERR, Suing for Himself and Other Stockholders of THE PIONEER IRON WORKS, Appellant, *v.* THE PIONEER IRON WORKS et al., Respondents.

*Scherr* v. *Pioneer Iron Works,* 134 App. Div. 939, affirmed.
(Argued December 4, 1911; decided December 19, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered October 23, 1909, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action by a minority stockholder of a corporation to recover for alleged waste and mismanagement.

*John C. Wait, Charles A. Winter* and *William L. Bowman* for appellant.

*Gustav Lange, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK, CHASE and COLLIN, JJ.